142    APPELLATE COURTS OF ILLINOIS.

The People ex rel. Williams v. City of Chicago, 209 Ill. App. 142.

## The People of the State of Illinois ex rel. George J. Williams, Appellant, v. City of Chicago et al., Appellees.

### Gen. No. 23,424.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed December 17, 1917. Rehearing denied December 31, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Petition for a writ of mandamus by the People of the State of Illinois, on the relation of George J. Williams, petitioner, against the City of Chicago and others, respondents, to compel the removal of the ashes from his 27-apartment building free of charge. From a judgment dismissing the petition, petitioner appeals.

THOMAS S. McCLELLAND, for appellant.

SAMUEL A. ETTELSON, for appellees; RALPH G. CRANDALL, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL CORPORATIONS—*what is building from which owner must remove ashes at own expense under ordinance.* Under section 1000 of the Municipal Code of Chicago, providing that it shall be the duty of every person occupying, operating or controlling any building which is heated by steam or hot water, or in or about which combustibles are used or ashes produced, to remove collected ashes from the premises at his personal expense at such times and in such manner as shall be directed by the commissioner of public works, and excepting cases where vessels for ashes are required by section 995, dealing with buildings used for residential pur-

poses and buildings containing less than 5 flats; an apartment building heated by steam containing 27 flats is a building from which the owner thereof is required to remove the ashes at his own expense.

2. MUNICIPAL CORPORATIONS—*what is duty of city as to removal of ashes from place of property owner.* A city, in the absence of legislation assuming the responsibility, cannot be compelled to remove ashes from the place of a property owner, since the duty to make such removal rests primarily upon the owner or occupant.

3. MUNICIPAL CORPORATIONS, § 83*—*how ordinance should be construed.* An ordinance should be construed so as to give all parts thereof effect, if possible.

4. MANDAMUS, § 6*—*when will not lie to compel the removal of ashes from premises of property owner.* Mandamus will not lie to compel the removal of ashes from the apartment premises of a property owner by a city where there is no ordinance assuming the liability, since such owner is not entitled of right to such service, and it is immaterial that an ordinance is discriminating and invalid in providing for the removal of ashes from a certain class of residences free of charge.